# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM BLANDINO,
Petitioner,
vs.
JOSEPH LOMBARDO, SHERIFF; THE
HONORABLE MICHELLE LEAVITT,
DISTRICT JUDGE; AND THE
HONORABLE LINDA MARIE BELL,
CHIEF JUDGE OF THE EIGHTH
JUDICIAL DISTRICT COURT,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84073



FILED

JAN 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR EXTRAORDINARY RELIEF

This is an original, pro se, emergency petition for extraordinary relief seeking (1) to compel the district court to enter a written order reflecting the no-contact comments it made during an August 24, 2021, hearing and (2) to file petitioner's habeas corpus petition, which apparently was rejected for filing on January 11, 2022, after pre-filing review pursuant to a vexatious litigant order.

Having reviewed the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ

22-02060

relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, Chief Judge
Hon. Michelle Leavitt, District Judge
Kim Blandino
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk